

# ꔷourtꞕ Court of Appeals
## San Antonio, Texas

August 23, 2013

No. 04-13-00037-CR

Guy **SHEPPARD**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-0205-CR
Honorable Gary L. Steel, Judge Presiding

## O R D E R

The State's Motion for Leave to File Late Brief is MOOT.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2013.

_____
Keith E. Hottle
Clerk of Court